UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SERENITY JORDAN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 17-13636

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
R. STEVEN WHALEN

**ORDER ADOPTING REPORT AND RECOMMENDATION [16]; DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [12]; AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [14]**

Plaintiff Serenity Jordan seeks judicial review of an Administrative Law Judge's decision denying her claim for Disability Insurance Benefits. Plaintiff filed a Motion for Summary Judgment [12] on March 29, 2018. Defendant filed a Motion for Summary Judgment [14] on May 9, 2018. Plaintiff filed a Reply [15] on May 24, 2018.

On January 28, 2019, the Magistrate Judge issued a Report & Recommendation [16] ("R&R") recommending that the Court deny Plaintiff's Motion [12] and grant Defendant's Motion [14]. Neither party has filed any objection to the R&R.

The Court having reviewed the record, the R&R [16] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [12] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [14] is **GRANTED**.

**SO ORDERED**.

Dated: February 14, 2019

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge